IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF PUERTO RICO


IN THE MATTER OF:                    *        CASE NO. 08-3449

EFRAIN ORTIZ MATOS                   *        CHAPTER -13

MYRIAM ROSADO RIVERA                 *

    Debtor                           *


MOTION REQUESTING BE ALLOWED TO

ENTER IN POST PETITION LOAN

TO THE HONORABLE COURT:

    COME NOW DEBTORS through the undersigned attorney and to this Honorable Court respectfully states and prays as follows:

1. Debtors filed a voluntary petition under Chapter 13 of the Bankruptcy Code in which a payment plan was confirmed.
2. Debtors are requesting approval for a post petition loan which in essence is classic restructure of the mortgage loan with term extension to cover arrears in the mortgage.
3. Allowing Debtors to enter into this loan will allow them to continue making payments under the payment plan and be able to make the regular payments into their mortgage.
4. Debtors are current in their payments with the Trustee.
5. Debtor has no other way to provide for the curing of the arrears with the secured creditor except by requesting to be allowed to enter into the post petition loan.


    WHEREFORE Debtors respectfully pray to be approve the post petition loan and any other further relief that may be just and necessary.

NOTICE IS HEREBY GIVEN TO PARTIES IN INTEREST THAT THEY HAVE TWENTY ONE (21) DAYS TO OBJECT THE PRESENT REQUEST FOR APPROVAL OF THE POST PETITION LOAN AND REQUEST A HEARING. ABSENT GOOD CAUSE UNTIMELY OBJECTIONS SHALL BE DENIED.

CERTIFICATE OF SERVICE: It is hereby certified that this motion has been electronically filed with the Clerk of the Court using the CM/ECF system that will electronically notify parties in interest that have filed a Notice of Appearance and Chapter 13 Trustee Alejandro Oliveras Rivera.

In Cayey, Puerto Rico this August 26, 2010.

/s/Miriam A. Murphy Lightbourn
MIRIAM A. MURPHY LIGHTBOURN
PO BOX 372519
CAYEY, PUERTO RICO 00737
TEL: 787-263-2377
FAX: 787-738-4667
Email: mamurphy0@prtc.net

IN RE

Efrain Ortiz Matos &Myriam Rosado Rivera

CASE NO. 08-3449

CHAPTER

DEBTOR (S)

## APPLICATION FOR CHAPTER 13 TRUSTEE'S APPROVAL OF POST-PETITION LOAN

Efrain Ortiz Matos & Myriam Rosado Rivera _____, Debtor (s)

herein, apply(ies) for the approval of Alejandro Oliveras Rivera, Chapter 13 Trustee, of post-petition

credit as specified below:

1. The lender's name and address is:

    Doral BAnk

    PO Box 71529

    San Juan, Puerto Rico 00936-8629

2. The amount of the loan is $ 174,534.60 _____ for a duration

    of_____ years.

3. The down payment, closing charges and /or any other amounts required by the lender in the

    amount of $ -0- _____ will be obtained from the following sources and under the

    following terms:

| Source | Terms |
|---|---|
| LOAN MODIFICATION | 40 YEARS |
| | |
| | |

## A. MONTHLY INCOME

|  | Debtor | Joint-debtor |
|---|---|---|
| Gross wages | $_____ | $_____ |
| Overtime (estimated) | $_____ | _____ |
| SUB-TOTAL | $_____ | _____ |
| Less Payroll deductions |  |  |
| a. Payroll taxes | $_____ | _____ |
| b. Insurance | $_____ | _____ |
| c. Union Dues | $_____ | _____ |
| d. Other (Specify) | $_____ | _____ |
| SUB-TOTAL OF PAYROLL DEDUCTIONS | $_____ |  |
| TOTAL NET MONTHLY TAKEHOME PAY | $_____ | _____ |
| Regular income from operation of business, profession or farm (Include detailed statement) | $_____ | _____ |
| Income from real property | $_____ | _____ |
| Interests and dividends |  |  |
| Alimony, maintenance or support payments payable to the debtor for debtor's use or that of dependents. | $_____ | _____ |
| Social security or other government assistance (Specify) |  |  |
| social security benefits | $ 1316.40 | 958.40 |
| Pension or retirement income | $ 104.59 | _____ |
| Other monthly income (Specify) | $_____ | _____ |
| TOTAL MONTHLY INCOME | $ 1420.99 | 958.40 |
| TOTAL COMBINED MONTHLY INCOME | $ 2379.39 |  |

## B. MONTHLY EXPENSES

Rent or home mortgage payment ....................................................... $ 1018.73
      Are real property taxes included? _____Yes _____No
      Is property insurance included? _____Yes _____No

Utilities:
      Electricity ......................................................................... $ 116.24
      Water and sewer ................................................................ $ 34.12
      Telephone ......................................................................... $ 0.00
      Other: _____ CEL PHONE. $ 40.00

Home Maintenance ....................................................................... $ 0.00
Food ............................................................................................ $ 300.00
Clothing ...................................................................................... $
Laundry and dry cleaning ............................................................. $ 0.00
Medical and dental expenses ........................................................ $ 35.00
Transportation (not including car payments) ................................. $ 100.00
Recreation, clubs, entertainment, newspapers,
      magazines, etc. .................................................................. $ 0.00
Charitable contributions ............................................................... $ 0.00
Insurance (not deducted from wages or included in home
      mortgage payments) .......................................................... $ 0.00
      Homeowner's or renter's .................................................. $ 0.00
      Life ................................................................................. $ 0.00
      Health .............................................................................. $ 252.30
      Auto ................................................................................ $ 0.00
      Other: FUNERAL SERVICES _____ $
Taxes (not deducted from wages or in home mortgage
      payments). (Specify)_____ $ 0.00
Installment payments (do not list payments included in the Chapter 13
      Payment plan) .................................................................. $ 0.00
      **Chapter 13 payment plan** ............................................ $ 450.00
      Loan subject of this application ......................................... $ 0.00
      Auto ................................................................................ $ 0.00
      Other_____ $ 0.00
      _____ $ 0.00
Alimony, maintenance and support paid to others ......................... $ 0.00
Payments for support of additional dependents not living at your home $ 0.00
Regular expenses from operation of business, profession or farm
      (Attach detailed statement) .............................................. $ 0.00
Other expenses: BEAUTY, BARBER, CAR MAINTENANCE _____ $ 33.00

TOTAL MONTHLY EXPENSES ..................................................... $ 2379.39

4. The loan shall be used for the following purposes:

a) _____ • _____ $_____

b) _____ _____ $_____

c) _____ _____ $_____

5. Monthly payments of the loan shall be $ *1018.75* _____.

6. As of this date payments to the Trustee are:

_____ current ___*✗*___ in arrears in the amount of $_____

7. Debtor(s) acknowledge that the present request for post petition credit may require an amendment to the schedules and /or to the plan filed with the Court.

I (We), certify under penalty of perjury that the foregoing facts and financial information are true and correct to the best of our knowledge, information, and belief.

In ___*Cidra*___, this ___*29*___ day of ___*june*___, 20*10*.

_____          _____
           Debtor                              Joint Debtor

The Trustee_____ approves _____ does not approve the foregoing application for post petition credit. (See separate statement attached to this application)

Date: _____          By:_____

Alejandro Oliveras Rivera, Esq.
Standing Chapter 13 Trustee
P.O. BOX 9024061
San Juan, P.R. 00902-4061
Tel: (787) 977-3500
Fax: (787) 977-3521

# doral
# Residential Mortgage
## PRP 2.0

| | |
|---|---|
| Borrower | **EFRAIN ORTIZ** |
| Loan Number | **30080263** |

## Borrower and Loan Information

| | | | |
|---|---|---|---|
| Loan Type | **CONV RES** | Original Amount | $ **184,800.00** |
| Fist Payment Date | **2/1/2006** | Interest Rate | **6.750%** |
| Next Payment Date | **6/1/2010** | Current Balance | $ **175,177.90** |
| Maturity Date | **1/1/2036** | Monthly Payment (P & I) | $ **1,198.61** ✓ |
| Loan Term (in months) | **360** | Monthly Escrow (T & I) | $ **36.97** |
| Modification Date | **7/15/2010** | Days past due | **43** |
| Investor ID | **D51** | Last Installment Paid | **52** |

## Financial Analysis

| | | | |
|---|---|---|---|
| Total Net Monthly Income | $ **1,923.00** | Debt to Income | **109.20%** |
| Total Net Monthly Expense | $ **2,100.00** | Previously Restructure | |
| Surplus or Deficiency | **(177.00)** | ○ Yes  ◉ No | |

## Own Portfolio Tool

| | | | |
|---|---|---|---|
| Suggested tool | **Classic Restructure Term Extension Interest Only** | Surplus w/ tool | $ **39.85** |

| | New Payment * | Original Payment | Discount |
|---|---|---|---|
| From 9/1/2010 to 8/1/2012 | 1,018.73 | 1,235.58 | 216.85 |
| From 9/1/2012 to the end of loan term | 1,134.48 | 1,235.58 | 101.10 |

* New payment includes escrow portion

_____  
Supervisor Signature                                   Date

3. Screen MAS1 (Sec1 Piggyback) - Set principal balance to $3706.74
4. Screen MAS1 (Not1 Note Closing) Change loan term to 480
5. Screen MAS1 (Not1 Note Closing) Change maturity date to 1/2046
6. Screen MAS1 (SRC1 Loan Source) Setup I/O CONV DT to 8/1/2012 and I/O CONV CD to ' Y '
7. Screen PCH2 - Change I/O PMT to $981.76
8. Screen PCH2 - Setup P & i payment of $1097.51 starting on 9/1/2012
9. Screen PCH2 - Change Dist Type to '1'